EVE H. KARASIK (SBN 155356)
JEFFREY S. KWONG (SBN 288239)
CARMELA T. PAGAY (SBN 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: ehk@lnbyg.com; jsk@lnbyg.com; ctp@lnbyg.com

Attorneys for Chapter 11 Debtor
and Debtor in Possession

FILED & ENTERED

SEP 03 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:

ZUUM TRANSPORTATION INC.

Case No.: 8:25-bk-13127-MH

Chapter 11 Case

**ORDER GRANTING "MOTION TO ESTABLISH A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE PRIORITY CLAIMS PURSUANT TO 11 U.S.C. § 503 ARISING DURING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE"**

[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]

The Court, having read and considered the motion [Doc. No. 251] (the "Motion")[1] filed by Zuum Transportation Inc., the debtor and debtor in possession herein (the "Debtor") for the entry of an order establishing bar dates by which parties must file, schedule a hearing and serve requests for the payment of administrative claims and/or proofs of claim ("Administrative Claim Requests") for allowance of administrative claims described in 11 U.S.C. § 503 and entitled to priority under 11 U.S.C. § 507(a)(2) ("Administrative Claims"), other than the fees and expenses of professionals who have been employed in this case, the "*Amended Declaration Of Matt Tabatabai In Support Of "Motion To Establish A Bar Date For Filing Administrative Expense Priority Claims Pursuant To 11 U.S.C. § 503 Arising During Debtor's Chapter 11 Bankruptcy Case*" [Doc. No. 252] (the "Amended Declaration"), all pleadings filed in support of the Motion, no opposition to nor request for a hearing on the Motion having been filed, with good cause appearing, **IT IS ORDERED**:

(1) the Motion is granted;

(2) **October 9, 2026**[2] is hereby set as the Administrative Claim Bar Date for parties (other than professionals employed at the expense of the estate herein) to file, schedule a hearing[3] and serve Administrative Claim Requests for the payment of administrative expense priority claims of the kind described in 11 U.S.C. § 503(b) and entitled to priority under 11 U.S.C. § 507(a)(2);

(3) any party (other than professionals employed at the expense of the estate herein) that fails to file and serve an Administrative Claim Request by the Administrative Claim Bar Date shall be precluded from asserting a right to payment of that claim anytime thereafter;

(4) the form of notice of the Administrative Claim Bar Date (attached as **Exhibit "A"** to the Amended Declaration) is approved; and

---

[1] Unless otherwise indicated, all capitalized but undefined terms herein shall have the same meanings ascribed to them in the Motion.

[2] The Debtor requested that the Court establish October 9, 2026 as the Administrative Claim Bar Date in the Amended Declaration.

[3] The hearing may take place after the Administrative Claim Bar Date provided that the Administrative Claim Request is filed prior to such deadline.

(5) the Debtor is required to serve the notice of Administrative Claim Bar Date on the Notice Parties by **September 9, 2026**.

###

Date: September 3, 2026

Mark Houle
United States Bankruptcy Judge